FILED: June 30, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-4568
(1:09-cr-00367-LMB-1)

JUN 3 0 2011

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

JAMES B. CLAWSON, SR.

Defendant - Appellee

JUDGMENT

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK